USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REED TIMMER,

               Plaintiff,

         -against-

UNIVISION COMMUNICATIONS INC.,

              Defendant.

1:25-cv-06079 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

In light of the parties' proposed notice, consent, and reference of a civil action to a magistrate judge, IT IS HEREBY ORDERED that the initial pre-trial conference scheduled for December 16, 2025 is vacated.

**SO ORDERED.**

**Date:  December 10, 2025**
      **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**