UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
REED TIMMER                                          :

                                                     :        ORDER OF DISCONTINUANCE
                    Plaintiff,                                    25 Civ. 6079 (GWG)
                                                     :

    -v.-                                             :

                                                     :

                                                     :
UNIVISION COMMUNICATIONS INC,
                                                     :

                    Defendant.                       :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

        On December 12, 2025, an order was issued on the parties' consent agreeing to
disposition of this matter by the undersigned pursuant to 28 U.S.C. § 636(c). It has now been
reported to the Court that the parties have reached a settlement of this matter.

        Accordingly, it is hereby ORDERED that this action is dismissed with prejudice and
without costs (including attorney's fees) to either party.   If either party wishes to reinstate this
matter, the party must make a letter application to the undersigned within 45 days seeking to re-
open this matter.   Any application to reopen filed after the 45-day period has expired may be
denied solely for failure to meet the 45-day deadline.

        Any pending motions are moot.   The Clerk is requested to close the case.

        SO ORDERED.

Dated:  December 22, 2025
        New York, New York


                                            _____
                                            GABRIEL W. GORENSTEIN
                                            United States Magistrate Judge